FILED

08 JUL -3 AM 11: 37

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

1  **COMPLAINT BY A PRISONER UNDER THE CIVIL RIGHTS ACT, 42 U.S.C §§ 1983**

2  Name  Hill                    Willie
          (Last)                 (First)              (Initial)

4  Prisoner Number  ULM446

5  Institutional Address  5325 Broder blvd
6  Dublin Calif 94568

           UNITED STATES DISTRICT COURT
           NORTHERN DISTRICT OF CALIFORNIA

Willie T. Hill

(Enter the full name of plaintiff in this action.)

vs.

OAKland Police Dept

_____

_____

(Enter the full name of the defendant(s) in this action)

CV 08 3219  E-filing  CW

Case No. _____
(To be provided by the Clerk of Court)

**COMPLAINT UNDER THE
CIVIL RIGHTS ACT,
Title 42 U.S.C § 1983**

*[All questions on this complaint form must be answered in order for your action to proceed.]*

I.  Exhaustion of Administrative Remedies.

   [**Note:** You must exhaust your administrative remedies before your claim can go forward. The court will dismiss any unexhausted claims.]

   A.  Place of present confinement  Santa Rita Co Jail

   B.  Is there a grievance procedure in this institution?
       YES (X)    NO ( )

   C.  Did you present the facts in your complaint for review through the grievance procedure?
       YES ( )    NO (X)

   D.  If your answer is YES, list the appeal number and the date and result of the appeal at each level of review. If you did not pursue a certain level of appeal, explain why.

COMPLAINT                             - 1 -

1. Informal appeal **Due to the uncertainty of My whereabouts, It is essential for Me to Make this Informal appeal**

2. First formal level **This is Contingent on the basis that there were perhaps an. informal appeal Made. That I'm not Aware of.**

3. Second formal level _____

4. Third formal level _____

E. Is the last level to which you appealed the highest level of appeal available to you?

YES ( )   NO (X)

F. If you did not present your claim for review through the grievance procedure, explain why. **Being Shifted from one Institution to another, I never recieved the Paper work, Nor did I know what actions to take.**

II. Parties.

A. Write your name and your present address. Do the same for additional plaintiffs, if any.

**Willie T. Hill  2450 Peachtree dr apt 50 Fairfeild c.**

B. Write the full name of each defendant, his or her official position, and his or her place of employment. **The Oakland Police Dept**

COMPLAINT                                         - 2 -

1 located in Oakland California

5  III.    Statement of Claim.
6    State here as briefly as possible the facts of your case. Be sure to describe how each
7  defendant is involved and to include dates, when possible. Do not give any legal arguments or
8  cite any cases or statutes. If you have more than one claim, each claim should be set forth in a
9  separate numbered paragraph.

10  The facts are, that the Oakland PD
11  Acted recklessly by gunning down my
12  Son in 2002. It's Sad and unfortunate
13  that license are issued to those
14  who don't have respect for human life.
15  My heart continues to Ache daily by
16  the mere thought of killers still
17  roaming around loose. There has
18  been too much suffering over the
19  years and I can't seem to find
20  any Solace until Justice finally
21  prevail. I've waited long enough for
22  Justice and a goodnights sleep.

23  IV.    Relief. A human life is priceless, but the
       City of Oakland should make Some Amends.
24    Your complaint cannot go forward unless you request specific relief. State briefly exactly
25  what you want the court to do for you. Make no legal arguments; cite no cases or statutes.

26  I want the Courts Research Departments to
27  find the necessary evidence to support
28  my claim, that the OPD did act w/malice

COMPLAINT                           -3-

Statement of Claim III

Extention for pg 3

First I like to say there have been far too many issues surrounding my son's (Sonis) death that I find hard to digest. The Coroners office findings of not findings, rushing my son to the mortuary without any consent. The bullet hole in the back of my son's head, I find this in itself to be a travesty and a forrest Justice, there was no Justice. In fact, the Oakland Police Dept, Coroners office, mortuary, should all share equal blame, covering up, what is and always have been an apparent (Homocide)... Police officers able to ride around and inflict misery and pain on others without having a Conscience. Today I am still gravely pained by the mere thoughts of my son being gunned down and left to die in the street like a rabid dog. I know that I will never have my son back, but I'd at least would like some comfort in knowing that he did not die in vain. If you are a father like I am or a Mother I am sure that you would feel the same as I do. I will continue to send a message to the judicial system until Justice is brought forth to those whom partaked in this unlawful act.

Statement of Claim Cont pg 3

I am sure that I am not the only one who feels the pain of a lost loved one and my heart goes out to those who are suffering like I am. So I'll continue to be an advocate for Anti Violence against anyone.

My plight have been (a) difficult one, but I do believe in our system. Issues are not settled expiditiously but they are concluded in a timely fashion, I'm hoping for resolution soon, it has been long enough for Justice.

Thank you

Sincerely

William Hill

and Intentionally took the life of my Son, I' also like to further add that, the County Acted illresponsible when dealing w/ The desease (My Son),

I declare under penalty of perjury that the foregoing is true and correct.

Signed this Thurs day of 12th JUNE, 2008

_____
(Plaintiff's signature)

COMPLAINT                                       -4-



RECEIVED

08 JUN 27 PM 12:49

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

pro se