FILED
08 JUL -3 AM 11: 37
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

(PR)

E-filing CW

CV 08     3219

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

Willie T Hill, Plaintiff,

vs.

Oakland Police Department, Defendant.

Case # C-05-3135 OR
CASE NO. C-05-3136

**PRISONER'S APPLICATION TO PROCEED IN FORMA PAUPERIS**

I, Willie T. Hill, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed? Yes ___ No X .

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: 0      Net: 0

Employer: I an currenty housed at the Santa Rita Co Jail Facility

PRIS. APP. TO PROC. IN FORMA PAUPERIS         - 1 -

| | |
|---|---|
| 1 | If the answer is "no," state the date of last employment and the amount of the gross and net |
| 2 | salary and wages per month which you received. (If you are imprisoned, specify the last |
| 3 | place of employment prior to imprisonment.) |
| 4 | _____ |
| 5 | _____ |
| 6 | _____ |

7   2.    Have you received, within the past twelve (12) months, any money from any of the
8   following sources:

9   a.   Business, Profession or                Yes ____ No _✗_
10       self employment
11  b.   Income from stocks, bonds,             Yes ____ No _✗_
12       or royalties?
13  c.   Rent payments?                         Yes ____ No _✗_
14  d.   Pensions, annuities, or                Yes ____ No _✗_
15       life insurance payments?
16  e.   Federal or State welfare payments,     Yes ____ No _✗_
17       Social Security or other govern-
18       ment source?

19  If the answer is "yes" to any of the above, describe each source of money and state the amount
20  received from each.
21  _____
22  _____

23  3.    Are you married?                                Yes _X_ No ~~Ø~~
24  Spouse's Full Name: _Felicia Laward Hill_
25  Spouse's Place of Employment: _Government Aid_
26  Spouse's Monthly Salary, Wages or Income:
27  Gross $_Ø_____ Net $_Ø_____
28  4.    a.   List amount you contribute to your spouse's support:$ _Ø_

|    |    |
|----|----|
| 1  | b. List the persons other than your spouse who are dependent upon you for |
| 2  | support and indicate how much you contribute toward their support. (NOTE: |
| 3  | For minor children, list only their initials and ages. DO NOT INCLUDE |
| 4  | THEIR NAMES.). |

DH age 17 ... WTM age 12 ... KH age 6

5\. Do you own or are you buying a home? Yes ___ No _X_

Estimated Market Value: $_____ Amount of Mortgage: $_____

6\. Do you own an automobile? Yes ___ No _X_

Make _____ Year _____ Model _____

Is it financed? Yes ____ No _____ If so, Total due: $_____

Monthly Payment: $_____

7\. Do you have a bank account? Yes ___ No _X_ (Do <u>not</u> include account numbers.)

Name(s) and address(es) of bank: None

Present balance(s): $ 0

Do you own any cash? Yes ___ No _X_ Amount: $_____

Do you have any other assets? (If "yes," provide a description of each asset and its estimated market value.) Yes ___ No _X_

8\. What are your monthly expenses? 0

Rent: $ 0 Utilities: 0

Food: $ 0 Clothing: 0

Charge Accounts:

| Name of Account | Monthly Payment | Total Owed on This Acct. |
|---|---|---|
| None | $ 0 | $ — |
| " | $ 0 | $ — |
| " | $ 0 | $ — |
PRIS. APP. TO PROC. IN FORMA PAUPERIS — 3 —

| | |
|---|---|
| 1 | 9. Do you have any other debts? (List current obligations, indicating amounts and to |
| 2 | whom they are payable. Do <u>not</u> include account numbers.) |
| 3 | None |
| 4 | |
| 5 | 10. Does the complaint which you are seeking to file raise claims that have been presented |
| 6 | in other lawsuits? Yes ___ No _X_ |
| 7 | Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in |
| 8 | which they were filed. |

I consent to prison officials withdrawing from my trust account and paying to the court the initial partial filing fee and all installment payments required by the court.

I declare under the penalty of perjury that the foregoing is true and correct and understand that a false statement herein may result in the dismissal of my claims.

June 13th 2008                        Willie J. Hall
DATE                                  SIGNATURE OF APPLICANT

Case C-05-3135
or
Case Number: C-05-3136

## CERTIFICATE OF FUNDS

## IN

## PRISONER'S ACCOUNT

I certify that attached hereto is a true and correct copy of the prisoner's trust account statement showing transactions of __Willie T. All__ for the last six months [prisoner name]
__Santa Rita Co Jail__ where (s)he is confined.
[name of institution]

I further certify that the average deposits each month to this prisoner's account for the most recent 6-month period were $ __0__ and the average balance in the prisoner's account each month for the most recent 6-month period was $ __0__.

Dated: __6-16-08__            __K. Horny 1141 Deputy ACSO__
                              [Authorized officer of the institution]